UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KITTITAS CO. FIRE DISTRICT #8,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendants.<br><br>and<br><br>WASHINGTON STATE PARKS AND RECREATION COMMISSION and WASHINGTON STATE SNOWMOBILE ASSOCIATION,<br><br>    Intervenors-Defendants. | NO. CV-11-3103-LRS<br><br>**ORDER OF DISMISSAL** |

    Based upon the stipulation of the parties, ECF No. 63, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed, without prejudice, without fees to any party, and without costs to any party.

    **DATED** this 6th day of November, 2012.

                               *s/Lonny R. Suko*
                                LONNY R. SUKO
                            United States District Judge

**ORDER OF DISMISSAL- 1**